**Opinion issued November 22, 2022**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-22-00474-CV**

———————————

**RAPHANEAL ANDERSON, Appellant**

**V.**

**REAL ROCK LLC, Appellee**

---

**On Appeal from the County Court at Law No. 2**
**Harris, Texas**
**Trial Court Case No. 1181001**

---

**MEMORANDUM OPINION**

Appellant, Raphaneal Anderson, has failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to file brief). After being notified that this appeal was subject to dismissal, appellant

did not adequately respond. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal of case).

We dismiss the appeal for want of prosecution for failure to timely file a brief. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Landau and Hightower.